UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-25234-LENARD/LOUIS

VIVIAN PONS,

        Plaintiff,

vs.

HARVARD MAINTENANCE, INC.,

        Defendant.

_____/

## **JOINT STIPULATION FOR RULE 41**
## **VOLUNTARY DISMISSAL WITH PREJUDICE**

        Plaintiff and Defendant, through their respective undersigned counsels, stipulate to the

voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A). *See Anago*

*Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

        Respectfully submitted on this 27th day of July, 2021.

Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

Rodolfo Gomez, Esq.
Rodolfo Gomez, Esq. (820903)
rgomez@fordharrison.com
FORD HARRISON, LLP
One South East 3rd Avenue
Suite 2130
Miami, FL 33131
Tel: 305.808.2108
*Counsel for Defendants*